**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| KROHN & MOSS, LTC<br>5055 Wilshire Blvd., Ste 300 Los Angeles, CA 90036<br>TELEPHONE NO.: (323) 988-2400    FAX NO *(Optional)*: (866) 431-5575<br>E-MAIL ADDRESS *(Optional)*: testrella@consumerlawcenter.com<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 1300 Clay Street, Suite 300
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94604
BRANCH NAME: NORTHERN DISTRICT - Oakland Division

| PLAINTIFF/PETITIONER: **GERARDO BOCCARA** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **BRIDGEPORT FINANCIAL, INC.** | C08-03187 |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.:<br>FD018C08PA |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: **Summons in a Civil Action; Amended Verified Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United State Magistrate Judge for Trial; ECF Registration Information Handout**

3. a. Party served *(specify name of party as shown on documents served)*:
   **BRIDGEPORT FINANCIAL, INC.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **ROGER O YOUNG, AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **221 MAIN STREET, SUITE 920 SAN FRANCISCO, CA 94105**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: 07/29/2008 at *(time)*: 10:47 am I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **JENNIFER LAU, EMPLOYEE (F,28yrs,5'2,120lbs,Asian,Blk/Brn)**

   (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:    from *(city)*:    or ☒ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10
POS010-1/P158713

| PLAINTIFF/PETITIONER: **GERARDO BOCCARA** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **BRIDGEPORT FINANCIAL, INC.** | C08-03187 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*               (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **BRIDGEPORT FINANCIAL, INC.**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)        ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
   a. Name: **Victor Blama**
   b. Address: **55 Santa Clara Avenue, Suite 120 Oakland, CA 94610**
   c. Telephone number: **(510) 419-3940**
   d. **The fee** for service was: **$ 45.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
        (i) ☐ owner     ☐ employee     ☒ independent contractor.
        (ii) Registration No.: **856**
        (iii) County: **Alameda**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct

Date: **07/30/2008**

**INTERCEPTOR Legal Support Service, Inc.**
**55 Santa Clara Avenue, Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

                 **Victor Blama**
     (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶     (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| **KROHN & MOSS, LTC**<br>5055 Wilshire Blvd., Ste 300  Los Angeles, CA 90036<br>TELEPHONE NO: **(323) 988-2400**   FAX NO: **(866) 431-5575**<br>E-MAIL ADDRESS *(Optional)*: testrella@consumerlawcenter.com<br>ATTORNEY FOR *(Name)*: | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **1300 Clay Street, Suite 300** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **Oakland, CA 94604** |
| BRANCH NAME: **NORTHERN DISTRICT - Oakland Division** |

| PLAINTIFF/PETITIONER: **GERARDO BOCCARA** | |
|---|---|
| DEFENDANT/RESPONDENT: **BRIDGEPORT FINANCIAL, INC.** | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>**C08-03187** |

I am a citizen of the United States and employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 55 Santa Clara Avenue, Suite 120, Oakland, CA 94610.

On July 30, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**Summons in a Civil Action; Amended Verified Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United State Magistrate Judge for Trial; ECF Registration Information Handout**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at OAKLAND, California, addressed as follows:

**BRIDGEPORT FINANCIAL, INC.
221 MAIN STREET, SUITE 920
SAN FRANCISCO, CA 94105**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at OAKLAND, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **45.00**

Mailed From: **OAKLAND**
MONICA SOK
INTERCEPTOR Legal Support Service, Inc.
55 Santa Clara Avenue, Suite 120
Oakland, CA 94610
(510) 419-3940

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **July 30, 2008**.

Signature: _____

MONICA SOK

**PROOF OF SERVICE BY MAIL**

Order#: P158713/GProof5